# *-APPLICATION-*

## Title
**Title of Work:** FTV - Shelbie & Felicia

## Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** November 26, 2011   **Nation of 1st Publication:** United States

## Author
- **Author:** First Time Videos LLC
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** First Time Videos LLC
2300 W. Sahara Ave, Suite 1000, Las Vegas, NV

## Certification
**Name:** Paul Duffy
**Date:** January 12, 2012

**Registration #:**
**Service Request #:**  1-710300744

**Priority:** Routine     **Application Date:** January 12, 2012 05:40:23 PM

Correspondent   _____

  **Organization Name:** Prenda Law, Inc.
  **Name:** Paul Duffy
  **Email:** paduffy@wefightpiracy.com
  **Address:** 1111 Lincoln Rd., Suite 400
      Miami Beach, FL 33139 United States

Mail Certificate   _____

  Prenda Law, Inc.
  Paul Duffy
  1111 Lincoln Road, Suite 400
  Miami Beach, FL 33139  United States