IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
FIRST TIME VIDEOS LLC,           )
                                 )    2:12-cv-00621-GEB-EFB
          Plaintiff,             )
                                 )
     v.                          )    ORDER CONTINUING STATUS
                                 )    (PRETRIAL SCHEDULING)
JOHN DOE,                        )    CONFERENCE
                                 )
          Defendant.             )
_____)
```

Plaintiff's Status Report filed May 28, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on June 11, 2012, is continued to October 1, 2012, at 9:00 a.m.  A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

Dated:  June 5, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge